# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. DOMBROSKY,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND BANACH, ROBERT BROWN, LESTER BUCHANAN, ROBERT EWBANK, PAUL FISCHER, RICHARD GASSMAN, JAMES MUIR, ROBERT STEVENS, CHAD STEWART, EASTERN PIKE REGIONAL POLICE COMMISSION, and WESTFALL TOWNSHIP<br><br>Defendants. | CIVIL ACTION NO. 3:09-CV-2579<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this   24th   day of May, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant Raymond Banach's motion for summary judgment (Doc. 94) is **DENIED.**

(2) The Westfall Defendants' motion for summary judgment (Doc. 103) is **DENIED.**

(3) The Eastern Pike Defendants' motion for summary judgment (Doc. 108) is **GRANTED.** Judgment shall be entered in favor of Eastern Pike Regional Police Commission, Robert Brown in his capacity as an Eastern Pike Regional Police commissioner, Lester Buchanan in his capacity as an Eastern Pike Regional Police commissioner, Paul Fischer in his capacity as an Eastern Pike Regional Police commissioner, Richard Gassman, Robert Stevens, and Chad Stewart on all counts.

(4) Plaintiff's motion for summary judgment on liability is **GRANTED in part** and **DENIED in part** as follows:

   (a) The motion for summary judgment on liability against the Westfall Defendants and Mr. Banach on Counts Two and Three is **GRANTED.**

    (b) The motion is **DENIED** in all other respects.

                                           /s/ A. Richard Caputo
                                           A. Richard Caputo
                                           United States District Judge