**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT A. DOMBROSKY, | CIVIL ACTION NO. 3:09-2579 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| RAYMOND BANACH, ROBERT BROWN, LESTER BUCHANAN, ROBERT EWBANK, PAUL FISCHER, RICHARD GASSMAN, JAMES MUIR, ROBERT STEVENS, CHAD STEWART, EASTERN PIKE REGIONAL POLICE COMMISSION, and WESTFALL TOWNSHIP | |
| Defendants. | |

**ORDER**

**NOW**, this 10th day of August, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Reconsideration (Doc. 144) is **DENIED**.

(2) The Westfall Defendants' Motion for Reconsideration and Clarification of the Court's Opinion and Order on Cross-Motions for Summary Judgment (Doc. 142) is **GRANTED in part and DENIED in part**.

    (A) The motion for clarification is **GRANTED** and the Westfall Defendants' cross-claims against the Eastern Pike Regional Police Commission may proceed to trial.

    (B) The Westfall Defendants' Motion for Reconsideration is otherwise **DENIED**.

                                                      /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge